# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **STANTON THOMPSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | |
| | : | NO. 17-cv-01241-MMM-JEH |
| **ILLINOIS RAILWAY, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE CLERK:

It is stipulated by and between the attorneys for the parties that the claims of Stanton Thompson are dismissed without prejudice as to all parties in this action with each party to bear its own costs.

Respectfully Submitted,

**BERN CAPPELLI, LLP**

Dated: August 22, 2017

By: /s/ Shawn M. Sassaman
SHAWN M. SASSAMAN
Attorney for Plaintiff

**FLETCHER & SIPPEL, LLC**

By: /s/ Peter C. McLeod
PETER C. MCLEOD
Attorney for Defendant
Illinois Railway, LLC

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I, Shawn M. Sassaman, attorney for the Plaintiff hereby certify that a copy of the foregoing Stipulation was served on all parties of record via the Court's electronic distribution service on the 22nd day of August, 2017.

>BY:   s/ Shawn M. Sassaman
>SHAWN M. SASSAMAN
>Attorney for Plaintiff
>101 West Elm Street
>Suite 215
>Conshohocken, PA  19428
>(610) 941-4444
>(610) 941-9880 fax

**Error! Unknown document property name.**